SEP 08 2006

1  CHARLES E. LOGAN, 69136
   SUSAN B. LUCE, 120843
2  **LAW OFFICES OF**
   **CHARLES E. LOGAN**
3  95 SOUTH MARKET STREET
   SUITE 660
4  SAN JOSE, CA 95113
   TELEPHONE (408) 995-0256
5  FACSIMILE (408) 283-1440

The following constitutes the
Order of the Court. Signed 9/24/2006

6
7  Attorney for Chapter 7 Trustee,
   Carol Wu.

_____
HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

8  WAYNE A. SILVER, ESQ., 108135
   333 WEST EL CAMINO REAL, STE. 310
9  SUNNYVALE, CA 94087
   TELEPHONE (408) 720-7007
10 FACSIMILE (408) 720-7001

11 Attorney for Defendant,
12 V. Ariel Lucas.

13              UNITED STATES BANKRUPTCY COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15 In re:                              )  Bankruptcy No: 98-51326-ASW
                                       )
16 KEITH HENSON.,                      )  Chapter 7
                                       )
17      Debtor.                        )  Adversary Proceeding No. 03-5131
                                       )
18 _____   )
                                       )
19 RELIGIOUS TECHNOLOGY CENTER,        )
                                       )
20         PLAINTIFF,                  )
   vs.                                 )
21                                     )
   V. AREL LUCAS, an individual, as wife of the )
22 Debtor; CAROL WU, as Chapter 7 Trustee, )  Date:     September 8, 2006
                                       )  Time:     3:00 p.m.
23         DEFENDANTS.                 )  Location: Courtroom 3020
                                       )  The Honorable Arthur S. Weissbrodt
24 _____   )

25                  **ORDER APPROVING COMPROMISE OF CONTROVERSY**

26    This matter came on for hearing before the Honorable Arthur S. Weissbrodt on September

27 8, 2006, at approximately 3:00 p.m. Appearances were noted on the record. Based upon the

28
                                                        Order Approving Compromise

papers and pleadings filed in this matter, and for the reasons stated on the record ,

**IT IS HEREBY ORDERED** that:

    1. Trustee's Motion to approve compromise is approved;

    2. The Trustee shall disburse one-half (½) of the proceeds from the sale of the property at 302 College Avenue, Palo Alto, California, plus one half all earned interest thereon, to the attorney for LUCAS, less the sum of Twenty Thousand Dollars, ($20,000.00) (the "Net Settlement"), which is reserved for the estate.

    3. The Trustee shall dismiss the Adversary Proceeding against LUCAS with prejudice, with each party to bear their own attorneys's fees and costs

***END OF ORDER***

Order Approving Compromise

**COURT SERVICE LIST**

John Wesolowski
Office of the U.S. Trustee
280 South First Street, Ste. 268
San Jose, CA 95113

Carol Wu
Chapter 7 Trustee
25A Crescent Drive, #413
Pleasant Hill, CA 94523

Wayne Silver
Law Offices of Wayne A. Silver
333 W. El Camino Real, Ste. 310
Sunnyvale, CA 95087

Susan B. Luce
The Law Offices of Charles E. Logan
95 S. Market Street, Ste. 660
San Jose, CA 95113

Stanley A. Zlotoff
Law Offices of Stanley A. Zlotoff
300 S 1st St. #215
San Jose, CA 95113

Religious Technology Center
c/o Elaine Seid, Esq.
McPharlin Springkles and Thomas
10 Almaden Blvd. #1460
San Jose, CA 95113

Religious Technology Center
1710 Ivar Ave Ste 1100
Los Angeles CA 90028

Victoria Lucas
c/o Arel Lucas
POB 60012
Palo Alto, CA 94306

Order Approving Compromise